1  CARROLL & ASSOCIATES, P.C.
   Sheila Lamb Carroll (SBN 142764)
2  Dacia J. Cenat (SBN 305161)
   3600 American River Drive, Suite 205
3  Sacramento, CA  95864
   Telephone:  916.488.5388
4  Facsimile:   916.488.5387
   scarroll@thecarrollfirm.com
5  dcenat@thecarrollfirm.com

6  Attorneys for Defendant
   WILTON RANCHERIA
7

8              **UNITED STATES DISTRICT COURT**
               **EASTERN DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| 10  UNITE HERE, | Case No. 2:23-cv-02767-KJM-DB |
| 11           Plaintiff, | |
| 12       v. | **WILTON RANCHERIA'S NOTICE OF MOTION AND MOTION TO DISMISS UNITE HERE'S VERIFIED COMPLAINT AND PETITION TO COMPEL ARBITRATION AND SELECTION OF AN ARBITRATOR** |
| 13  WILTON RANCHERIA, | |
| 14           Defendant. | |
| 15 | **DATE:**  January 26, 2024<br>**TIME**:   10:00 AM<br>**CTRM:**  3 (15th floor)<br>**JUDGE:**  Hon. Kimberly J. Mueller |
| 16 | |
| 17 | |

18  **TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

19       NOTICE IS HEREBY GIVEN THAT on January 26, 2024, at 10:00 a.m., or as soon

20  thereafter as the matter may be heard before the Honorable Kimberly J. Mueller, in Courtroom 3,

21  15th Floor of the United States District Court for the Eastern District of California, located at 501 I

22  St # 4200, Sacramento, CA 95814, defendant Wilton Rancheria, California ("the Tribe") will and

23  hereby does move the Court to dismiss UNITE HERE's ("the Union") Complaint (ECF No. 1)

24  pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(5), because the Court does not

25  have subject-matter jurisdiction over the Tribe due to the Union's unripe claim demanding

26  arbitration and because the Union did not properly serve the Tribe.

27       The Tribe's counsel, Sheila Lamb Carroll, certifies that she has met and conferred with

28  the Union's counsel, Kristin Martin, regarding the Union's Complaint and the Tribe's

Carroll & Associates, PC

1    Case No. 2:23-cv-02767-KJM-DB
WILTON RANCHERIA'S NOTICE OF MOTION AND MOTION TO DISMISS UNITE HERE'S VERIFIED
COMPLAINT AND PETITION TO COMPEL ARBITRATION AND SELECTION OF AN ARBITRATOR

1 impending Motion to Dismiss. Declaration of Sheila Lamb Carroll ("Carroll Decl."), ¶¶ 7-17,
2 19, Exhs. M-N. During a telephone conversation with the Union's counsel on December 4,
3 2023, in subsequent emails between counsel, and during a further telephone conversation on
4 December 15, 2023, the Tribe's counsel outlined the grounds for the Tribe's Motion to Dismiss
5 to the Union's counsel. *Id.* Despite the Tribe's efforts to meet, confer, and reach a resolution
6 with the Union's counsel, no resolution or settlement was achieved, and all meet and confer
7 efforts have been exhausted. *Id.*

8       This Motion will be based on this Notice of Motion and Motion to Dismiss; the
9 accompanying Memorandum of Points and Authorities; the Declarations of Christina Kazhe and
10 Sheila Lamb Carroll; the Request for Judicial Notice; the pleadings and papers filed in this action;
11 and such further argument and matters as may be offered at the time of the hearing of this Motion.

13 Dated:  December 18, 2023           CARROLL & ASSOCIATES PC

15                          By:   /s/ Sheila Lamb Carroll
16                                Sheila Lamb Carroll (SBN 142764)
                               Dacia J. Cenat (SBN 305161)
17                                Attorneys for Wilton Rancheria

Carroll & Associates, PC

2    Case No. 2:23-cv-02767-KJM-DB
WILTON RANCHERIA'S NOTICE OF MOTION AND MOTION TO DISMISS UNITE HERE'S VERIFIED
COMPLAINT AND PETITION TO COMPEL ARBITRATION AND SELECTION OF AN ARBITRATOR