

# United States District Court
# Eastern District of California

| Unite Here |
|---|
| Plaintiff(s) |

Case Number: 2:23-cv-02767-KJM-DB

V.

| Wilton Rancheria |
|---|
| Defendant(s) |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Steven G. Biddle hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Wilton Rancheria

On __10/21/1989__ (date), I was admitted to practice and presently in good standing in the __Supreme Court of Arizona__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/17/2024           Signature of Applicant: /s/ Steven G. Biddle

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Steven G. Biddle |
| Law Firm Name: | Littler Mendelson, P.C. |
| Address: | 2425 East Camelback Road, Suite 900 |
| City: | Phoenix    State: AZ    Zip: 85016 |
| Phone Number w/Area Code: | (602) 474-3613 |
| City and State of Residence: | Phoenix, Arizona |
| Primary E-mail Address: | sbiddle@littler.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | John H. Adams, Jr. |
| Law Firm Name: | Littler Mendelson, P.C. |
| Address: | |
| | 500 Capitol Mall, Suite 2000 |
| City: | Sacramento    State: CA    Zip: 95814 |
| Phone Number w/Area Code: | (916) 830-7244    Bar #: CA 253341 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 24, 2024

_/s/ [signature]_
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT
## OF THE
## STATE OF ARIZONA

I, Tracie K. Lindeman, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona

### STEVEN G. BIDDLE

was on the 21st day of October, 1989 duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the State Bar of Arizona in good standing.

Given under my hand and the seal of said Court this 13th day of June, 2024.

TRACIE K. LINDEMAN, Clerk

By _Ana Ramirez_
Ana Ramirez
Deputy Clerk III



# Supreme Court

STATE OF ARIZONA
ADMINISTRATIVE OFFICE OF THE COURTS

**ROBERT BRUTINEL**
CHIEF JUSTICE

**DAVID K. BYERS**
ADMINISTRATIVE DIRECTOR
OF THE COURTS

## CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk, pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **STEVEN G. BIDDLE**, was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on October 21, 1989, and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this  06-11-2024

*Kristina Tuba*
Kristina Tuba
Associate Disciplinary Clerk

COGS498594F5166

1501 WEST WASHINGTON STREET   •   PHOENIX, ARIZONA 85007-3222   •   602-452-3300   (TDD) 602-452-3545

## DISCIPLINARY HISTORY

It is hereby certified that as of June 10, 2024, there are no disciplinary charges[1] or complaints[2] pending against **STEVEN G. BIDDLE**, an active member of the State Bar of Arizona with Bar No. 012636.

A charge was received on November 29, 1995, in File No. 95-2153. The charge was closed on December 11, 1995. The record was expunged[3], pursuant to Rule 71(b), Ariz. R. Sup. Ct. This matter is confidential.

A charge was received on April 16, 2012, in File No. 12-1038. The charge was closed on April 24, 2012. The record was expunged[3] on July 6, 2015, pursuant to Rule 71(b), Ariz. R. Sup. Ct. This matter is confidential.

A charge was received on March 21, 2023, in File No. 23-0730. The charge was closed on April 7, 2023. The record was expunged[3], pursuant to Rule 71(b), Ariz. R. Sup. Ct. This matter is confidential.

The above three matters were not docketed as a disciplinary charge since they did not meet the threshold for a disciplinary investigation. These matters are not considered by the State Bar of Arizona to have any adverse effect on the attorney's record.

DATED this 06-11-2024

*Kristina Tuba*
Kristina Tuba
Associate Disciplinary Clerk

COGS49826F2F0ED

---

[1] "Charge" means any allegation or other information of misconduct or incapacity brought to the attention of the State Bar. See Rule 46(f)4, Ariz. R. Sup. Ct.
[2] "Complaint" means a formal complaint prepared and filed with the disciplinary clerk. See Rule 46(f)7, Ariz. R. Sup. Ct.
[3] "Expunged" means the destruction of all records or other evidence of the existence of a charge or complaint except for a docket entry showing the names of the respondent and complainant, the final disposition, and the date of expunction. See Rule 71(b), Ariz. R. Sup. Ct.