KRISTIN L. MARTIN (SBN 206528)
LUKE DOWLING (SBN 328014)
McCracken, Stemerman & Holsberry, LLP
475 14th Street, Suite 1200
Oakland, CA 94612
Telephone: (415) 597-7200
Facsimile: (415) 597-7201
E-mail: klm@msh.law
ldowling@msh.law

*Attorneys for Plaintiff UNITE HERE*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITE HERE,<br><br>             Plaintiff,<br><br>v.<br><br>Wilton Rancheria,<br><br>             Defendants. | Case No. 2:23-CV-02767-KJM-SCR<br><br>**CORRECTED DECLARATION OF KRISTIN L. MARTIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO VACATE OR CORRECT ARBITRATION AWARD**<br><br>Hearing Date: October 4, 2024<br>Hearing Time: 10:00 A.M.<br>Location: Courtroom 3, 15th floor<br>Judge: Hon. Kimberly J. Mueller |

I, Kristin L. Martin, declare:

    1.    I am a partner at the law firm of McCracken, Stemerman and Holsberry, LLP, and I am counsel to UNITE HERE in this case. I am over the age of 18, have personal knowledge of the following facts and, if called, could and would testify competently thereto.

    2.    Arbitrator Brand served the award at issue in this case on the parties' counsel by email on March 18, 2024. On the same date, a representative of the American Arbitration Association served the award at issue in this case on the parties' counsel by email. True and correct copies of these email messages, without attachments, are attached hereto as **Exhibit 1**.

3. The arbitration proceeding that resulted in Arbitrator Brand's award was requested by Wilton Rancheria. A true and correct copy of the Wilton Rancheria's request for arbitration, without attachments, is attached hereto as **Exhibit 2**.

4. On about October 17, 2023, UNITE HERE agreed to arbitrate the dispute that the Wilton Rancheria submitted to arbitration. This agreement is reflected in an email message that I, as counsel for UNITE HERE, sent to the Wilton Rancheria's General Counsel Christina Kazhe on about October 17, 2024. A true and correct copy of that email message is attached hereto as **Exhibit 3**.

I declare under the penalty of perjury of the laws of the United States that this declaration is true and correct. This declaration was signed by me on this 5th day of September 2024 at Oakland, California.

_____
Kristin L. Martin

# EXHIBIT 1

| | |
|---|---|
| **From:** | Norm Brand |
| **To:** | Jeffrey Kriegsman |
| **Cc:** | Kristin Martin; Sheila Carroll; Gabrielle Fishman |
| **Subject:** | 4229 UNITE HERE & Wilton Rancheria 01-23-0003-6907 |
| **Date:** | Monday, March 18, 2024 8:47:53 AM |
| **Attachments:** | 4229 UNITE HERE & Wilton Rancheria.pdf |
| | 4229 Invoice.pdf |

Mr. Kriegsman

Attached please find my Award & Opinion in this case. If the parties wish to have any exhibits returned, please let me know within 30 days. If I do not hear otherwise, I will shred them.

I have also attached my invoice. Please note each party's share of the invoice total.

Thank you.


Norman Brand, Esq.
Arbitrator/Mediator
415-484-8704

nb@normbrand.com | www.normbrand.com
Available for videoconference arbitration hearings



| | |
|---|---|
| **From:** | JeffreyKriegsman@adr.org |
| **To:** | aa@normbrand.com; ckazhe@kazhelaw.com; Kristin Martin; nb@normbrand.com; Aymie.Nguyen@calhr.ca.gov; arbi@kazhelaw.com; scarroll@thecarrollfirm.com |
| **Subject:** | Wilton Rancheria dba Sky River Casino v. UNITE HERE International Union - Case 01-23-0003-6907 |
| **Date:** | Monday, March 18, 2024 10:16:15 AM |
| **Attachments:** | imagec1c761.PNG<br>imageb3e62d.PNG<br>4229 UNITE HERE Wilton Rancheria.pdf<br>4229 Invoice.pdf<br>2024-03-18 Labor Awarded Settled WD.pdf |

Hello,

Please review the attached correspondence regarding the above-referenced case.

Feel free to contact me with any questions, comments or concerns you have related to this matter.

Thank you.



**AAA Jeffrey Kriegsman**
**Case Administrator III**

American Arbitration Association

T: 212 484 3241  F: 212 307 4387  E: JeffreyKriegsman@adr.org
120 Broadway, 21st Floor, New York, NY 10271

adr.org  |  icdr.org  |  aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

# EXHIBIT 2

| | |
|---|---|
| **From:** | Christina Kazhe |
| **To:** | TatumP@adr.org |
| **Cc:** | Kristin Martin; Christina Kazhe |
| **Subject:** | Filing of Demand for Arbitration |
| **Date:** | Friday, August 18, 2023 3:53:49 PM |
| **Attachments:** | Outlook-jqhjqzwv.png |
| | Demand for Arbitration.pdf |
| | Attachment 1, Tribal-State Gaming Compact.pdf |
| | Attachment 2, Title 7 - Ch. 3 Tribal Labor Relations Ordinance of 2019 - Ratified 041819.pdf |
| | Attachment 3, Memorandum of Agreement (MOA).pdf |

Mr. Tatum,

Please see the attached Demand for Arbitration on behalf of Wilton Rancheria dba Sky River Casino, the Employer, filed against UNITE HERE International Union, the Union, pursuant to Wilton Rancheria's Tribal Labor Relations Ordinance of 2019 (TLRO).

The following documents are also attached to this email, to be considered as attachments to the Demand for Arbitration: (1) A copy of the Tribal-State Gaming Compact between the State of California and Wilton Rancheria; (2) A copy of the Tribal Labor Relations Ordinance of 2019 (TLRO); and (3) A copy of the Memorandum of Agreement (MOA) signed by the parties.

I understand that you are the appropriate person to submit this Demand for Arbitration to and that this email is sufficient to constitute submission of the Demand for Arbitration to the American Arbitration Association. Please let me know if this Demand for Arbitration must be submitted through the online portal or to another individual.

Kristin Martin, UNITE HERE International Union's attorney, is copied onto this email. Kristin Martin has informed me in an email unrelated to this Demand for Arbitration that she will be out of the office and is expected to return on August 23, 2023. Please let me know if there are any actions needed to be taken by UNITE HERE International Union prior to August 23, 2023. Wilton Rancheria will work with UNITE HERE International Union to provide any appropriate extensions of deadlines or to provide notice to another attorney or representative. In addition, we will be separately providing notice of this filing, with copies of all attachments, to Aamir Deen, President of UNITE HERE Local 49, to account for Kristin Martin's absence.

Thank you for your assistance.



**Christina Kazhe**
General Counsel, Wilton Rancheria
ckazhe@wiltonrancheria-nsn.gov
9728 Kent Street | Elk Grove | CA | 95624

# AMERICAN ARBITRATION ASSOCIATION

**LABOR ARBITRATION RULES
DEMAND FOR ARBITRATION**

| | |
|---|---|
| Date: August 18, 2023 | |
| Name of Filing Party: Wilton Rancheria dba Sky River Casino | |
| Check applicable box: Filing Party is ☐ Union or ☒ Employer | |
| Address: 9728 Kent Street | |
| City: Elk Grove | State: California | Zip Code: 95624 |
| Telephone: 916-226-2590 | Cell Phone: 916-806-6290 |
| Email Address: ckazhe@wiltonrancheria-nsn.gov | |
| Name of Filing Party's Representative: Christina Kazhe | |
| Name of Firm (if applicable): Kazhe Law Group PC | |
| Representative's Address: 9245 Laguna Springs Drive, Suite 120 | |
| City: Elk Grove | State: California | Zip Code: 95758 |
| Telephone: 916-226-2590 | Cell Phone: 916-806-6290 |
| Email Address: ckazhe@kazhelaw.com | |
| Name of Billing Representative: Christina Kazhe | |
| Phone Number: 916-226-2590 | |
| Email Address: ckazhe@wiltonrancheria-nsn.gov | |
| Additional Email(s) to be Copied on Correspondence: | |

The filing party, a party to a Collective Bargaining Agreement dated N/A, which provides for arbitration under the Labor Arbitration Rules of the American Arbitration Association, hereby demands arbitration.

Nature of Grievance: ☐ Discharge ☐ Suspension ☐ Other Discipline ☐ Contract Interpretation ☒ Other

Describe:

Pursuant to the Tribal-State Gaming Compact between the State of California and Wilton Rancheria, Wilton Rancheria was required to adopt and maintain Tribal Law identical to the Tribal Labor Relations Ordinance attached to the Compact. To comply with this requirement, Wilton Rancheria enacted the Tribal Labor Relations Ordinance of 2019 ("TLRO"), codified as Chapter 3 of the Wilton Rancheria Labor Code, on April 18, 2019. The TLRO provides for a two-step certification process before an arbitrator from the Tribal Labor Panel: (1) dated and signed authorization cards from thirty percent (30%) or more of the Eligible Employees; and (2) a secret ballot election requiring more than fifty percent (50%) of Eligible Employees. The TLRO requires all issues to be resolved by a resolution by the Tribal Labor Panel. Respondent

Requested: ☒ Full Administration ☐ List with Appointment ☐ List Only

Remedy Sought:

A determination that Respondent must comply with the two-step certification process identified in the TLRO and resolve any disputes pursuant to the dispute resolution mechanism identified in the TLRO.

Name of Grievant(s) (if applicable):
N/A

12/2021

**AMERICAN ARBITRATION ASSOCIATION**

**LABOR ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

| |
|---|
| The filing party requests that hearings be held at the following location: **Sky River Casino** |
| Under the rules, you may file an answering statement within ten (10) days after notice from the AAA. |
| Name of Respondent: **UNITE HERE International Union** <br> Check applicable box: Respondent is ☑ Union or ☐ Employer |
| Contact Person: **Kristin Martin** |
| Address: **3800 Watt Avenue, Suite 210** |

| | | |
|---|---|---|
| City: **Sacramento** | State: **California** | Zip Code: **95821** |
| Telephone: **916-564-4949** | Cell Phone: | |

| |
|---|
| Email Address: **klm@msh.law** |
| Name of Respondent's Representative (if known): **Kristin Martin** |
| Name of Firm (if applicable): **McCracken, Stemerman & Holsberry, LLP** |
| Representative's Address: **475 14th Street, Suite 1200** |

| | | |
|---|---|---|
| City: **Oakland** | State: **California** | Zip Code: **94612** |
| Telephone: **415-597-7200** | Cell Phone: | |

| |
|---|
| Email Address: **klm@msh.law** |
| Name of Billing Representative: |
| Phone Number: |
| Email Address: |
| *AAA Customer Service can be reached at 800-778-7879.* |
| **Reminders:** Send a copy of this form to the other side at the time it is forwarded to the AAA. Please reference appropriate fees pursuant to the fee schedule outlined in the Labor Rules. You can file your case online by visiting the AAA's website at http://www.adr.org/fileonline. You may also wish to visit our website for a complete list of our administrative services and procedures, including our Grievance Mediation Procedures, Expedited Procedures, List Only Service and List with Appointment. Your case manager can also provide additional information. |

12/2021

# EXHIBIT 3

| | |
|---|---|
| **From:** | Kristin Martin |
| **To:** | Christina Kazhe |
| **Subject:** | RE: Wilton Rancheria AAA Filing |
| **Date:** | Tuesday, October 17, 2023 10:56:00 AM |
| **Attachments:** | image001.png |

Hi Christina –

Thank you for speaking with me yesterday. To confirm, UNITE HERE will agree to arbitrate, under the TLRO's arbitration procedures, the dispute about whether the MOA between the Tribe, Boyd and UNITE HERE violates the TLRO. That is the arbitration the Tribe sought to compel in the suit it filed in tribal court. Without waiving our position about the validity of that suit or service on UNITE HERE, I expect that you will withdraw or dismiss that complaint since you have accomplished what the complaint seeks.

We also discussed who pays AAA for its services in connection with an arbitration under the TLRO. I explained that the State of California has traditionally paid AAA out of one of the funds it maintains. You said that you were sorting that out. If you need any assistance in that regard, please let me know.

Last, I told you that we had decided to proceed to the arbitration you requested, rather than to hold an election under the TLRO, because after the proposal the Tribe sent, we concluded that the parties are too far apart to expect to reach agreement. We are not bargaining on a "take it or leave it basis" as you asserted. We have an agreement with the Tribe, and have no obligation to alter that agreement. We attempted to make a barebones agreement about the TLRO election process. We did that as a show of good faith. I will of course share with my client any further proposal you make, but at this time are ready to proceed to the arbitration that the Tribe sought. I look forward to selecting an arbitrator and moving forward.

Kristin L. Martin

McCracken, Stemerman & Holsberry, LLP

415-597-7200/msh.law

---

**From:** Christina Kazhe <ckazhe@wiltonrancheria-nsn.gov>
**Sent:** Monday, October 16, 2023 2:14 PM
**To:** Kristin Martin <klm@msh.law>
**Subject:** Re: Wilton Rancheria AAA Filing

Hi Kristin - apologies, an urgent matter came up. Would you be able to speak at 4:30 or 5:00 today?

**Christina Kazhe**
General Counsel, Wilton Rancheria
ckazhe@wiltonrancheria-nsn.gov
9728 Kent Street | Elk Grove | CA | 95624



**From:** Kristin Martin <klm@msh.law>
**Sent:** Monday, October 16, 2023 2:02 PM
**To:** Christina Kazhe <ckazhe@wiltonrancheria-nsn.gov>
**Subject:** RE: Wilton Rancheria AAA Filing

Hi Christina – I just tried you at 916-226-2590 and got your voicemail.

Kristin L. Martin
McCracken, Stemerman & Holsberry, LLP
415-597-7200/msh.law

**From:** Christina Kazhe <ckazhe@wiltonrancheria-nsn.gov>
**Sent:** Monday, October 16, 2023 10:30 AM
**To:** Kristin Martin <klm@msh.law>
**Subject:** Re: Wilton Rancheria AAA Filing

I have 2 to 2:30 availability or 5 - 6 pm.



**Christina Kazhe**
General Counsel, Wilton Rancheria
ckazhe@wiltonrancheria-nsn.gov
9728 Kent Street | Elk Grove | CA | 95624

**From:** Kristin Martin <klm@msh.law>
**Sent:** Monday, October 16, 2023 9:55 AM
**To:** Christina Kazhe <ckazhe@wiltonrancheria-nsn.gov>
**Subject:** RE: Wilton Rancheria AAA Filing

Do you have time to speak today, after 2 pm?

Kristin L. Martin

McCracken, Stemerman & Holsberry, LLP

415-597-7200/msh.law

---

**From:** Christina Kazhe <ckazhe@wiltonrancheria-nsn.gov>
**Sent:** Monday, October 16, 2023 8:52 AM
**To:** Kristin Martin <klm@msh.law>
**Subject:** Re: Wilton Rancheria AAA Filing

Good Morning Kristin,

We understand that Unite Here has not paid it's portion of the AAA fees and the deadline is today to make that payment. Please confirm whether Unite Here will make this payment. Thank you.
Christina

[2023-10-02 Labor Pre Case Letter 2 .pdf]



**Christina Kazhe**
General Counsel, Wilton Rancheria
ckazhe@wiltonrancheria-nsn.gov
9728 Kent Street | Elk Grove | CA | 95624

---

**From:** Kristin Martin <klm@msh.law>
**Sent:** Friday, September 29, 2023 8:07 PM
**To:** Christina Kazhe <ckazhe@wiltonrancheria-nsn.gov>
**Subject:** RE: Wilton Rancheria Tribal Court Filing

Hi Christina –

When we spoke on Monday Sept. 18, you said that you would return the draft with edits by last Friday or at the latest, Monday Sept. 25.  To date, I have not received a response from you.  Please let me know when I can expect a response.

Kristin L. Martin
McCracken, Stemerman & Holsberry, LLP
415-597-7200/msh.law

---

**From:** Christina Kazhe <ckazhe@wiltonrancheria-nsn.gov>

**Sent:** Tuesday, September 19, 2023 3:00 PM
**To:** Kristin Martin <klm@msh.law>
**Subject:** Wilton Rancheria Tribal Court Filing

Kristin,

As discussed, I will be filing a motion with the Tribal Court requesting an extension of the timeframe for submission of Unite Here's answer. Pursuant to Section 6-501(C) of the Rules of Civil Procedure Act, opposing parties must be served with a copy of the motion prior to filing. Pursuant to Section 2-407(B) of the Rules of General Application and Evidence Act, documents, other than the first papers, may be served by mail or, if agreed upon by the parties, by email.
I can agree to accept service by email if you can do the same. Please let me know if you can agree to accept service by email and if this email address is the appropriate address for service. If you can accept service by email, I will formally serve a copy of the motion and file it with the Tribal Court. If you cannot accept service by email, I will send a copy by mail to 3800 Watt Avenue, Suite 210, Sacramento, CA 95821.
Thank you,
Christina



**Christina Kazhe**
General Counsel, Wilton Rancheria
ckazhe@wiltonrancheria-nsn.gov
9728 Kent Street | Elk Grove | CA | 95624

**PROOF OF SERVICE**

I am over the age of eighteen years and not a party to the within action; my business address is: 475 14th Street, Suite 1200, Oakland, CA 94612. I caused the foregoing document:

**CORRECTED DECLARATION OF KRISTIN L. MARTIN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO VACATE OR CORRECT ARBITRATION AWARD**

to be filed via the electronic filing system to the Clerk of the Court and served via the electronic filing system to the parties of record listed below, on this 5th day of September, 2024.

| | |
|---|---|
| **Sheila Lamb Carroll**<br>Carroll & Associates, PC<br>3600 American River Drive<br>Suite 205<br>Sacramento, CA 95864-5950<br>916-488-5388<br>Fax: 916-488-5387<br>Email: scarroll@thecarrollfirm.com | John H. Adams, Jr.<br>Steven G. Biddle<br>LITTLER MENDELSON, P.C.<br>500 Capitol Mall, Suite 2000<br>Sacramento, CA 95814<br>Telephone: 916-830-7200<br>Fax No.: 916-560-5136<br>E-mail: jhadams@littler.com<br>             sbiddle@littler.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this 5th day of September, 2024, at Oakland, CA.



Marcie Boyle