1  John H. Adams, Jr., CA Bar No. 253341
   jhadams@littler.com
2  Steven G. Biddle *(Pro Hac Vice)*
   sbiddle@littler.com
3  LITTLER MENDELSON, P.C.
   500 Capitol Mall, Suite 2000
4  Sacramento, CA 95814
   Telephone:     916-830-7200
5  Fax No.:       916-560-5136

6  Attorneys for Defendant
   WILTON RANCHERIA
7

8                  **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10

11  Unite Here,                            Case No.  2:23-CV-02767-KJM-SCR

12              Plaintiff,                  **DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE**

13        v.

14  Wilton Rancheria

15              Defendant.

16
        Defendant Wilton Rancheria hereby provides this Response to the Court's December 9, 2024,
17
   Order to Show Cause (ECF 46). Defendant agrees that following the Court's Order, the matter is ripe
18
   for dismissal.
19

20
   Dated: December 19, 2024.
21

22

23                                          */s/ Steven G. Biddle.*
                                            STEVEN G. BIDDLE
24                                          LITTLER MENDELSON
                                            Attorneys for Defendant Wilton Rancheria
25

26

27  4910-9366-9640.1 / 124796-1001

28     DEFENDANT'S RESPONSE TO ORDER TO
       SHOW CAUSE
                                                          CASE NO. 2:23-CV-02767-KJM-SCR

LITTLER
MENDELSON, P.C.
500 Capital Mall
Suite 2000
Sacramento, CA
95814
Phone: 916-830-7200