# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | | |
|---|---|---|
| UNITE HERE | ) | |
| | ) | |
| v. | ) | Case No.: 23-cv-02767-KJM-SCR |
| Wilton Rancheria | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  12/23/2024  against  Wilton Rancheria ,
                                                                  *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 402.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,813.09 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | $ 3,215.09 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Affidavit

I declare under penalty of perjury that the foregoing costs are allowable by law, are correctly stated, were necessarily incurred and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service          ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:  /s/Kristin L. Martin

Name of Attorney: Kristin L. Martin

For:  UNITE HERE                                                 Date: 12/31/2024
       *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____       By: _____       _____
*Clerk of Court*                       *Deputy Clerk*                         *Date*

| Slip.Slip Type | Expense | |
| --- | --- | --- |
| Clie.Selection | Include: UNITE*9198*Wilton Rancheria | |

| Date | Description | Value |
| --- | --- | --- |
| ███████ | ████████████████████████ | ████████ |
| 1/2/2024 | Professional Services by Derish Associates | $2,813.09 |
| ███████ | ████████████████████████ | ████████ |

Slip.Slip Type Expense
Clie.Selection Include: UNITE*9199*Wilton Rancheria/Ca

| Date | Description | Value |
|---|---|---|
| [redacted] | | |
| 12/6/2023 | 11/29 US District court | $402.00 |
| [redacted] | | |

1

-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Wednesday, November 29, 2023 12:47 PM
To: Katherine Pierre <kpierre@msh.law>
Subject: Pay.gov Payment Confirmation: CALIFORNIA EASTERN DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at 916-930-4866.

  Account Number: 3055325
  Court: CALIFORNIA EASTERN DISTRICT COURT
  Amount: $402.00
  Tracking Id: ACAEDC-11208827
  Approval Code: 02503J
  Card Number: ************2285
  Date/Time: 11/29/2023 03:47:10 ET


NOTE: This is an automated message. Please do not reply



**Derish Associates, Inc.**
San Francisco Office
PO Box 6626, Albany, CA 94706
Direct: (415) 459-1448
US-Inv@PrivateEyes.com
**Nationwide Investigations**

**Willamette Valley Enterprises**
4676 Commercial St. SE, #176
Salem, Oregon 97302
Direct: (503) 585-4747
WaVE@PrivateEyes.com
**Bridging Information & Knowledge**

# INVOICE

January 2, 2024

Invoice No: 20478
FEIN: 94-3045160

Kristin L. Martin, Esq.
McCracken, Stemerman & Holsberry, LLP
475 14th Street, Suite 1200
Oakland, California 94612
*Via email only: KLM@msh.law*

    Re:    **Unite Here v. Wilton Rancheria | Case No. 23-cv-02767**
              **Our File No.: 23-10369S**

**Field Investigator (Female) - Fees:**
    12/13/23 – RT & Recon Residence/Tribal Office/Casino to serve Juan Tarango ............... 2.0
    12/13/23 – RT & Recon Residence to attempt to serve Juan Tarango ............................... 1.0
    12/14/23 – RT & Recon Residence/Casino to serve Juan Tarango .................................... 1.0
    12/16/23 – RT & Recon Residence to attempt to serve Juan Tarango ............................... 1.0
    12/17/23 – RT & Surveillance Residence/Casino to serve Juan Tarango ........................... 6.0
    12/17/23 – Juan Tarango Reports ...................................................................................... 1.0
          **TOTAL TIME:** ..................................................................................... **12.0**

**Field Investigator (Female) - Costs:**
    12/13/23 – Mileage (45.9 miles @ 0.58) .................................................................... $35.26
    12/14/23 – Mileage (17.0 miles @ 0.58) ...................................................................... 5.00
    12/16/23 – Mileage (17.0 miles @ 0.58) .................................................................... 29.53
    12/17/23 – Mileage (27.0 miles @ 0.58) ...................................................................... 5.00
          **TOTAL COSTS:** ............................................................................. **$62.00**

Invoice No: 20478
Page 1 of 2

*Due and payable within 15 days; 18% per annum applied to invoices past 30 days*

**Field Investigator (Male) - Fees:**

| | |
|---|---|
| 12/19/23 – Receive Assign.; Review previous Field Inv. report | 1.0 |
| 12/21/23 – RT & Stakeout to serve; Affect Service | 4.0 |
| 12/21/23 – Prepare POS and mail to client | 1.0 |
| **TOTAL COSTS:** | **6.0** |

**Field Investigator (Male) - Costs:**

| | |
|---|---|
| 12/21/23 – Mileage (78 miles @ 0.655) | $51.09 |
| **TOTAL COSTS:** | **$51.09** |

---

**TOTAL FEES:**

| | |
|---|---|
| Lead Investigator - Hours (2.0) | No Charge |
| Field Investigator - Female (12 hours x $150.00) | $1,800.00 |
| Field Investigator - Male (6.0 hours x $150.00) | $900.00 |

**TOTAL COSTS:**

| | |
|---|---|
| Field Investigator - Female | $62.00 |
| Field Investigator - Male | $51.09 |

**TOTAL AMOUNT DUE:** **$2,813.09**

*Please remit payment payable to:*
**Derish Associates, P.O. Box 6626, Albany, CA 94706**

Invoice No: 20478
Page 2 of 2

*Due and payable within 15 days; 18% per annum applied to invoices past 30 days*

**PROOF OF SERVICE**

I am over the age of eighteen years and not a party to the within action.  My business address is: 475 14th Street, Suite 1200, Oakland, CA 94612.  I caused the foregoing document:

**BILL OF COSTS**

to be filed via the electronic filing system to the Clerk of the Court and served via the electronic filing system to the parties of record listed below, on this 31st day of December, 2024.

>John H. Adams, Jr.
>Steven G. Biddle
>LITTLER MENDELSON, P.C.
>500 Capitol Mall, Suite 2000
>Sacramento, CA 95814
>Telephone: 916-830-7200
>Fax No.: 916-560-5136
>E-mail: jhadams@littler.com
>         sbiddle@littler.com

*Attorneys for Defendant Wilton Rancheria*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this 31st day of December, 2024, at Dunwoody, Georgia.

_____
Katherine Pierre

1

CERTIFICATE OF SERVICE                                          CASE NO. 2:23-CV-02767-KJM-SCR