UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITE HERE, | No. 2:23-cv-02767-KJM-SCR |
| Plaintiff, | ORDER |
| v. | |
| Wilton Rancheria, | |
| Defendant. | |

Having reviewed the docket of this action and the notice of related cases at ECF No. 59, the court **declines to relate** this case to Case No. 2:25-cv-02413-DJC-SCR under Local Rule 123. The assignment of both actions to the undersigned would not promote the just and efficient resolution of the pending matters.

IT IS SO ORDERED.

DATED: October 24, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE

1